IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-20720
Summary Calendar
_____

IRA JACKSON, JR.,

Plaintiff-Appellant,

versus

JOHN STINNETT; KENT RAMSEY;
ROCHELLE MCKINNEY; JIM GANT,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-95-CV-3505
- - - - - - - - - -
April 8, 1997

Before HIGGINBOTHAM, WIENER and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The motion of Texas prisoner, Ira Jackson, Jr., # 378818, for leave to proceed in forma pauperis (IFP) on appeal is GRANTED.

Pursuant to the Prison Litigation Reform Act (PLRA), we assess no initial partial filing fee against Jackson. However, Jackson henceforth shall make monthly payments of twenty percent of the preceding month's income credited to his account. See 28

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

U.S.C. § 1915(b).  The agency having custody of Jackson is directed to forward payments from his prisoner account to the clerk of the district court each time the amount in his account exceeds $10 until the appellate filing fee of $105 is paid.  Id.

We have reviewed Jackson's brief and the record and we hold, for essentially the reasons set forth by the district court, that Jackson's suit was properly dismissed as frivolous.  Jackson v. Stinnett, No. H-95-CV-3505 (S.D. Tex. July 16, 1996).  Jackson's appeal is without arguable merit and is DISMISSED as frivolous.  See Howard v. King, 707 F.2d 215, 219-20 (5th Cir. 1983).

APPEAL DISMISSED.  5th Cir. R. 42.2.